## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| CHRISTY KEMPER ) | |
|     PLAINTIFF, ) | |
| ) | |
| VS. ) | Case No.  4:009cv00005 DJS |
| ) | |
| LTD FINANCIAL SERVICES, L.P. ) | |
|     DEFENDANT. ) | |

### PLAINTIFF'S NOTICE OF SETTLEMENT

COMES NOW Plaintiff Christy Kemper, and for her Notice of Settlement states:

1.  On February 9, 2009, the parties agreed to a tentative settlement in the above-captioned matter.

2.  In order to complete the settlement, Plaintiff requests an additional 30 days before any action is taken in the above-captioned matter, so that the parties will have time to finalize their resolution.

3.  Plaintiff anticipates that this matter will be resolved shortly and request an additional 30 days to affect the settlement and file the appropriate Notice of Dismissal.

**WHEREFORE**, Plaintiff prays this Court for an Order passing this matter for settlement, and for an additional thirty days, up to and including March 9, 2009 in which to file a Notice of Dismissal after the Settlement is affected, and for any other relief this Court deems just and proper.

| | |
|---|---|
| <u>2/9/2009           </u><br>**Dated** | **THE SWANEY LAW FIRM**<br><br><u>/s/ Robert T. Healey             </u><br>Robert T. Healey<br>EDMO # 3356; MO Bar #34138<br>Attorney at Law<br>3460 Hampton, Suite 205<br>St. Louis, MO 63139<br>rhealey@swaneylawfirm.com<br>telephone: (314) 481-7778<br>fax:  (314) 481-8479 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has filed a true and accurate copy of the Motion to Pass for Settlement with the Court's ECF filing system this 9th day of February 2009.

<u>/s/ Robert T. Healey             </u>